FILED
DEC 7 2004
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

U.S. Department of Justice
United States Attorney

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff, | ) ) ) ) |
| v. | ) NO. _____ |
| RICHARD J. ADLER,  Defendant. | ) A04 CR 266 LY (1) ) |

## ORDER FOR BENCH WARRANT
## AND SETTING AMOUNT OF BAIL

It appearing to the Court that an indictment has been returned against the below named defendant, it is hereby ORDERED that warrant issue for the arrest of said defendant, and bail is hereby fixed in the amount shown below, returnable instanter to the Austin Division of this Court, such bail to be taken by any United States Magistrate Judge.

| Defendant | Amount of Bail |
|---|---|
| RICHARD J. ADLER | Based upon the request of the U.S. Attorney, it is recommended that the Defendant be detained until a hearing pursuant to 18 U.S.C. § 3142 can be held. |

ENTERED at Austin, Texas, this __7th__ day of __December__, 2004.

_____
UNITED STATES MAGISTRATE JUDGE

2