AO 442 (Rev. 03/94) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

FILED
2008 DEC 10  AM 9: 39
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

UNITED STATES OF AMERICA

V.

RICHARD J. ADLER

## WARRANT FOR ARREST

CASE NUMBER: A-04-CR-266(1)LY

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: RICHARD J. ADLER and bring him/her forthwith to the nearest magistrate to answer a(n) INDICTMENT charging him/her with (brief description of offense):

Conspiracy to Distribute hGH for Unauthorized Use and Introduction of Misbranded Drugs; Misbranded Drug

in violation of Title __18 &21__ United States Code, Section(s) __371 & 333 & 331__

WILLIAM G. PUTNICKI, Clerk, United States District Court
Name & Title of Issuing Officer

_[signature]_
Tencha Damian, Issuing Officer

Date and Location: December 8, 2004   Austin, Texas

Bail fixed at $ Detention

BY: __ROBERT PITMAN, U.S. MAGISTRATE JUDGE__
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at EXTRADITED FROM MADRID, SPAIN |

| DATED RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
|  | JAMES JOHNSON | _[signature]_ |
| DATE OF ARREST 12.9.2008 | DEPUTY U.S. MARSHAL | |